FILED

JUN 29 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>JUANA DOMINGO-JUAN,<br><br>　　　Defendant. | Case No. 12CR0091-GT<br><br>[PROPOSED]<br>ORDER |

For good cause having been shown **IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for July 2, 2012 at 9:30 a.m. be continued to July 9, 2012 at 9:30 a.m.

**SO ORDERED.**

Dated: 6-29-12

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE GORDON THOMPSON, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge

12CR0091-GT